# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2026-0408
Lower Tribunal No. 2025-DP-000028

_____

In the Interest of D.J.C. and D.L.C, children,

W.C.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and STATEWIDE GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

June 15, 2026

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and PRATT, JJ., concur.


David Maldonado, of The Maldonado Law Firm, P.A., Lakeland, for Appellant.

Meredith K. Hall, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, of Statewide Guardian ad Litem Office, Tallahassee, and Kaila B. Preston, of Bradley Arant Boult Cummings, LLP, Tampa, for Appellee, Statewide Guardian ad Litem.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED